UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

February 14, 2006

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 03-4218

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 03 CR 29 |
| ADDO WILLIAMS, *Defendant-Appellant*. | Charles N. Clevert, Jr., *Judge*. |

O R D E R

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker,* 125 S. Ct. 738 (2005), has limited the guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the guidelines' advisory status. The range under the guidelines is 84 to 105 months, and Williams' sentence of 96 months is slightly above the midpoint. The defendant did not respond to our invitation to file an

argument concerning the appropriate disposition of the appeal in light of the district court's response.  We do not see any reason why Williams' sentence would be deemed "unreasonable" in post-*Booker* practice.  The judgment of the district court therefore is AFFIRMED.